IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BART GARBER,

     Plaintiff,                    No. CIV S-04-0840 GEB CMK P

    vs.

D. MERICILE, et al.,

     Defendants.              <u>ORDER</u>

         On April 15, 2008, plaintiff filed a motion for re-hearing on denial of complaint. This civil rights action was dismissed without prejudice and closed on September 28, 2005. Because this action was dismissed without prejudice, plaintiff has the option of initiating a new action. However, he cannot reinstate this action which will remain closed. Plaintiff is advised that documents filed in this action since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: April 23, 2008

                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE